UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | CRIMINAL NO: H-09-426S |
| V. | § | |
| THADDEUS WILLIAM HUME | § § § § § § § § § § | |

## ORDER FOR ISSUANCE OF SUMMONS

It appearing to the Court that a    SUPERSEDING INDICTMENT    has been filed against the defendant listed, it is hereby

ORDERED that a summons be issued for the appearance of said defendant on April 6, 2010 at 10:00 AM. Upon appearance, a judicial determination shall be made as to detention or release on conditions. The United States Government recommends to the Court the following conditions of release.

<u>Defendant</u>

THADDEUS WILLIAM HUME
c/o Atty Eric Davis
Eric Davis 440 Louisiana, Suite 200
Houston, TX

☒ Appearance Bond in the Amount of:
$

SIGNED at Houston, Texas, on    3-25    , 20 10 .

_Frances H. Stacy_
UNITED STATES MAGISTRATE JUDGE