IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| vs. | § § | CRIMINAL NO. H-09-426S |
| UMAWA OKE IMO, GODWIN CHIEDO NZEOCHA, KENNETH IBEZIM ANOKAM, THADDEDUS WILLIAM HUME, CHRISTINA JOY CLARDY, and PAMELA EFFIOM ISE | § § § § § § | |

### **Jury Verdict**

We, the Jury unanimously find:

With respect to defendant UWAMA OKE IMO:

    As to Count 1 - Conspiracy to commit Health Care Fraud:

        Guilty ✓          Not Guilty _____

    As to Count 2 -- Health Care Fraud

        Guilty ✓          Not Guilty _____

    As to Count 3 -- Health Care Fraud

        Guilty ✓          Not Guilty _____

    As to Count 4 -- Health Care Fraud

        Guilty ✓          Not Guilty _____

    As to Count 5 -- Health Care Fraud

        Guilty ✓          Not Guilty _____

    As to Count 6 -- Health Care Fraud

        Guilty ✓          Not Guilty _____

As to Count 7 – Health Care Fraud

  Guilty ✓        Not Guilty_____

As to Count 8 – Health Care Fraud

  Guilty ✓        Not Guilty_____

As to Count 9 – Health Care Fraud

  Guilty ✓        Not Guilty_____

As to Count 10 – Health Care Fraud

  Guilty ✓        Not Guilty_____

As to Count 11 – Health Care Fraud

  Guilty ✓        Not Guilty_____

As to Count 12 – Health Care Fraud

  Guilty ✓        Not Guilty_____

As to Count 13 – Health Care Fraud

  Guilty ✓        Not Guilty_____

As to Count 14 – Health Care Fraud

  Guilty ✓        Not Guilty_____

As to Count 15 – Health Care Fraud

  Guilty ✓        Not Guilty_____

As to Count 16 – Health Care Fraud

  Guilty ✓        Not Guilty_____

As to Count 17 – Health Care Fraud

  Guilty ✓        Not Guilty_____

As to Count 18 – Health Care Fraud

    Guilty __✓__                Not Guilty_____

As to Count 19 – Health Care Fraud

    Guilty __✓__                Not Guilty_____

As to Count 20 – Health Care Fraud

    Guilty __✓__                Not Guilty_____

As to Count 21 – Health Care Fraud

    Guilty __✓__                Not Guilty_____

As to Count 22 – Health Care Fraud

    Guilty __✓__                Not Guilty_____

As to Count 23 – Health Care Fraud

    Guilty __✓__                Not Guilty_____

As to Count 24 – Health Care Fraud

    Guilty __✓__                Not Guilty_____

As to Count 25 – Health Care Fraud

    Guilty __✓__                Not Guilty_____

As to Count 26 – Health Care Fraud

    Guilty __✓__                Not Guilty_____

As to Count 27 – Health Care Fraud

    Guilty __✓__                Not Guilty_____

As to Count 28 – Health Care Fraud

    Guilty __✓__                Not Guilty_____

As to Count 29 – Health Care Fraud

Guilty ✓                                    Not Guilty _____

As to Count 30 – Health Care Fraud

Guilty ✓                                    Not Guilty _____

As to Count 31 – Health Care Fraud

Guilty ✓                                    Not Guilty _____

As to Count 32 – Health Care Fraud

Guilty ✓                                    Not Guilty _____

As to Count 33 – Health Care Fraud

Guilty ✓                                    Not Guilty _____

As to Count 34 – Health Care Fraud

Guilty ✓                                    Not Guilty _____

As to Count 35 – Health Care Fraud

Guilty ✓                                    Not Guilty _____

As to Count 36 – Health Care Fraud

Guilty ✓                                    Not Guilty _____

As to Count 37 – Health Care Fraud

Guilty ✓                                    Not Guilty _____

As to Count 38 – Health Care Fraud

Guilty ✓                                    Not Guilty _____

As to Count 39 – Health Care Fraud

Guilty ✓                                    Not Guilty _____

As to Count 40 – Health Care Fraud

    Guilty __✓__                                             Not Guilty _____

As to Count 41 – Mail Fraud

    Guilty __✓__                                             Not Guilty _____

As to Count 42 – Mail Fraud

    Guilty __✓__                                             Not Guilty _____

As to Count 43 – Mail Fraud

    Guilty __✓__                                             Not Guilty _____

As to Count 44 – Money Laundering

    Guilty __✓__                                             Not Guilty _____

As to Count 45 – Money Laundering

    Guilty __✓__                                             Not Guilty _____

As to Count 46 – Money Laundering

    Guilty __✓__                                             Not Guilty _____

As to Count 47 – Money Laundering

    Guilty __✓__                                             Not Guilty _____

As to Count 48 – Money Laundering

    Guilty __✓__                                             Not Guilty _____

__5/27/2011__
Date                                                                                   Foreman of the Jury

With respect to defendant KENNETH IBEZIM ANOKAM:

    As to Count 1- Conspiracy to commit Health Care Fraud:

        Guilty __✓__                         Not Guilty _____

    As to Count 2 – Health Care Fraud

        Guilty __✓__                         Not Guilty _____

    As to Count 3 – Health Care Fraud

        Guilty __✓__                         Not Guilty _____

    As to Count 4 – Health Care Fraud

        Guilty __✓__                         Not Guilty _____

    As to Count 5 – Health Care Fraud

        Guilty _____                       Not Guilty __✓__

    As to Count 6 – Health Care Fraud

        Guilty _____                       Not Guilty __✓__

    As to Count 7 – Health Care Fraud

        Guilty _____                       Not Guilty __✓__

    As to Count 8 – Health Care Fraud

        Guilty _____                       Not Guilty __✓__

    As to Count 9 – Health Care Fraud

        Guilty __✓__                         Not Guilty _____

    As to Count 10 – Health Care Fraud

        Guilty __✓__                         Not Guilty _____

As to Count 11 – Health Care Fraud

    Guilty __✓__   Not Guilty _____

As to Count 12 – Health Care Fraud

    Guilty __✓__   Not Guilty _____

As to Count 13 – Health Care Fraud

    Guilty __✓__   Not Guilty _____

As to Count 14 – Health Care Fraud

    Guilty _____   Not Guilty __✓__

As to Count 15 – Health Care Fraud

    Guilty _____   Not Guilty __✓__

As to Count 16 – Health Care Fraud

    Guilty _____   Not Guilty __✓__

As to Count 17 – Health Care Fraud

    Guilty _____   Not Guilty __✓__

As to Count 18 – Health Care Fraud

    Guilty _____   Not Guilty __✓__

As to Count 19 – Health Care Fraud

    Guilty __✓__   Not Guilty _____

As to Count 20 – Health Care Fraud

    Guilty _____   Not Guilty __✓__

As to Count 21 – Health Care Fraud

    Guilty _____   Not Guilty __✓__

As to Count 22 – Health Care Fraud

    Guilty __✓__                     Not Guilty _____

As to Count 23 – Health Care Fraud

    Guilty __✓__                     Not Guilty _____

As to Count 24 – Health Care Fraud

    Guilty __✓__                     Not Guilty _____

As to Count 25 – Health Care Fraud

    Guilty __✓__                     Not Guilty _____

As to Count 26 – Health Care Fraud

    Guilty _____                    Not Guilty __✓__

As to Count 27 – Health Care Fraud

    Guilty __✓__                     Not Guilty _____

As to Count 28 – Health Care Fraud

    Guilty __✓__                     Not Guilty _____

As to Count 29 – Health Care Fraud

    Guilty __✓__                     Not Guilty _____

As to Count 30 – Health Care Fraud

    Guilty __✓__                     Not Guilty _____

As to Count 31 – Health Care Fraud

    Guilty __✓__                     Not Guilty _____

As to Count 32 – Health Care Fraud

    Guilty __✓__                     Not Guilty _____

As to Count 33 – Health Care Fraud

    Guilty __✓__                 Not Guilty_____

As to Count 34 – Health Care Fraud

    Guilty __✓__                 Not Guilty_____

As to Count 35 – Health Care Fraud

    Guilty __✓__                 Not Guilty_____

As to Count 36 – Health Care Fraud

    Guilty __✓__                 Not Guilty_____

As to Count 37 – Health Care Fraud

    Guilty __✓__                 Not Guilty_____

As to Count 38 – Health Care Fraud

    Guilty __✓__                 Not Guilty_____

As to Count 39 – Health Care Fraud

    Guilty __✓__                 Not Guilty_____

As to Count 40 – Health Care Fraud

    Guilty __✓__                 Not Guilty_____

As to Count 41 – Mail Fraud

    Guilty_____                 Not Guilty __✓__

As to Count 42 – Mail Fraud

    Guilty_____                 Not Guilty __✓__

As to Count 43 – Mail Fraud

    Guilty_____                 Not Guilty __✓__

As to Count 52 – Structuring to Avoid Reporting Requirement

Guilty__✓__                           Not Guilty_____

As to Count 53 – Structuring to Avoid Reporting Requirement

Guilty__✓__                           Not Guilty_____

As to Count 54 – Structuring to Avoid Reporting Requirement

Guilty__✓__                           Not Guilty_____

As to Count 55 – Structuring to Avoid Reporting Requirement

Guilty__✓__                           Not Guilty_____

__5/27/2011__                                               _____
Date                                                        Foreman of the Jury

With respect to defendant THADDEDUS WILLIAM HUME:

    As to Count 1– Conspiracy to commit Health Care Fraud

        Guilty_____        Not Guilty ✓

    As to Count 29 – Health Care Fraud

        Guilty_____        Not Guilty ✓

    As to Count 30 – Health Care Fraud

        Guilty_____        Not Guilty ✓

    As to Count 31 – Health Care Fraud

        Guilty_____        Not Guilty ✓

    As to Count 32 – Health Care Fraud

        Guilty_____        Not Guilty ✓

    As to Count 33 – Health Care Fraud

        Guilty_____        Not Guilty ✓

    As to Count 34 – Health Care Fraud

        Guilty_____        Not Guilty ✓

    As to Count 35 – Health Care Fraud

        Guilty_____        Not Guilty ✓

    As to Count 36 – Health Care Fraud

        Guilty_____        Not Guilty ✓

    As to Count 37 – Health Care Fraud

        Guilty_____        Not Guilty ✓

As to Count 38 – Health Care Fraud

    Guilty_____               Not Guilty__✓__

As to Count 39 – Health Care Fraud

    Guilty_____               Not Guilty__✓__

As to Count 40 – Health Care Fraud

    Guilty_____               Not Guilty__✓__

_5/27/2011_
Date

                          Foreman of the Jury

With respect to defendant CHRISTINA JOY CLARDY:

    As to Count 1- Conspiracy to commit Health Care Fraud

        Guilty __✓__          Not Guilty _____

    As to Count 2 – Health Care Fraud

        Guilty _____          Not Guilty __✓__

    As to Count 3 – Health Care Fraud

        Guilty _____          Not Guilty __✓__

    As to Count 4 – Health Care Fraud

        Guilty _____          Not Guilty __✓__

    As to Count 5 – Health Care Fraud

        Guilty __✓__          Not Guilty _____

    As to Count 6 – Health Care Fraud

        Guilty __✓__          Not Guilty _____

    As to Count 7 – Health Care Fraud

        Guilty __✓__          Not Guilty _____

    As to Count 8 – Health Care Fraud

        Guilty __✓__          Not Guilty _____

    As to Count 9 – Health Care Fraud

        Guilty _____          Not Guilty __✓__

    As to Count 10 – Health Care Fraud

        Guilty _____          Not Guilty __✓__

    As to Count 11 – Health Care Fraud

    Guilty_____      Not Guilty__✓__

As to Count 12 – Health Care Fraud

    Guilty_____      Not Guilty__✓__

As to Count 13 – Health Care Fraud

    Guilty_____      Not Guilty__✓__

As to Count 14 – Health Care Fraud

    Guilty__✓__      Not Guilty_____

As to Count 15 – Health Care Fraud

    Guilty__✓__      Not Guilty_____

As to Count 16 – Health Care Fraud

    Guilty__✓__      Not Guilty_____

As to Count 17 – Health Care Fraud

    Guilty__✓__      Not Guilty_____

As to Count 18 – Health Care Fraud

    Guilty__✓__      Not Guilty_____

As to Count 19 – Health Care Fraud

    Guilty_____      Not Guilty__✓__

As to Count 20 – Health Care Fraud

    Guilty__✓__      Not Guilty_____

As to Count 21 – Health Care Fraud

    Guilty__✓__      Not Guilty_____

As to Count 22 – Health Care Fraud

Guilty_____          Not Guilty__✓__

As to Count 23 – Health Care Fraud

Guilty__✓__             Not Guilty_____

As to Count 24 – Health Care Fraud

Guilty_____          Not Guilty__✓__

As to Count 25 – Health Care Fraud

Guilty_____          Not Guilty__✓__

As to Count 26 – Health Care Fraud

Guilty__✓__             Not Guilty_____

As to Count 27 – Health Care Fraud

Guilty__✓__             Not Guilty_____

As to Count 28 – Health Care Fraud

Guilty_____          Not Guilty__✓__

As to Count 41 – Mail Fraud

Guilty__✓__             Not Guilty_____

As to Count 42 – Mail Fraud

Guilty__✓__             Not Guilty_____

As to Count 43 – Mail Fraud

Guilty__✓__             Not Guilty_____

_5/27/2011_                                    _____
Date                                           Foreman of the Jury